IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BOBBY F. HUNTER                                                                                      PLAINTIFF

V.                                             CASE NO. 6:15-CV-06013

SERGEANT SHORT, *et al*.                                                                      DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed June 19, 2017, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 38. Judge Bryant recommends that Plaintiff's Complaint be dismissed without prejudice on the grounds that Plaintiff has failed to comply with the Federal Rules of Civil Procedure and Local Rules, has failed to comply with the Court's Orders, and has failed to prosecute this matter. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts Judge Bryant's Report and Recommendation *in toto*. Plaintiff's Complaint is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 14th day of July, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge